## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | |
|---|---|
| FREDERICK L. RANSIER | : |
| Plaintiff, | : Case No. 09-1000 |
| v. | : Judge Marbley |
| GALION PARTNERS, LLC, et al. | : Magistrate Judge Abel |
| Defendants. | : |

### STIPULATED ORDER OF DISMISSAL

This matter, having come before this Court upon the parties' stipulation, and the Court, being advised that the parties have resolved this matter, and being otherwise fully informed.

NOW, THEREFORE, IT IS HEREBY ORDERED, that the above-captioned case shall be, and hereby is, dismissed with prejudice and without costs or attorneys fees as to Defendants Belfor USA Group, Inc. and Peninsula Financial Corporation.

IT IS FURTHER ORDERED, that the above-captioned case shall be, and hereby is, dismissed without prejudice and without costs and attorneys fees as to Defendants Gerszt, Newbery and Galion.

IT IS SO ORDERED.

Algenon L. Marbley,
United States District Court Judge

IT IS SO STIPULATED:

/s/ Eric A. Linden,
11/19/2010 per e-mail authorization
Eric A. Linden   (Michigan P33249)
Michelle L. Coakley   (Michigan P68749)
Jaffe, Raitt, Heuer & Weiss, P.C.
27777 Franklin Road, Suite 2500
Southfield, MI 48034
Telephone: (248) 351-3000
Facsimile: (248) 351-3082
E-mail: elinden@jaffelaw.com
          mcoakley@jaffelaw.com

*Attorneys for Belfor USA Group, Inc.*


/s/ Edward Hastie,
11/19/2010 per e-mail authorization
Edward Hastie   (0079438)
Hastie Law Offices, LLC
1441 King Avenue, Suite 101
Columbus, OH 43212
Telephone: (614) 488-2800
Facsimile: (614) 488-2882
E-mail: ed@hastielegal.com

*Attorney for Galion Partners, LLC*


/s/ Kevin Jesse Osterkamp,
11/19/2010 per e-mail authorization
Kevin Jesse Osterkamp   (0019314)
Michael R. Traven   (0081158)
Roetzel & Andress
155 E. Broad Street, 12th Floor
Columbus, OH 43215
Telephone: (614) 463-9770
Facsimile: (614) 463-9792
E-mail: kosterkamp@ralaw.com
          mtraven@ralaw.com

*Attorneys for Peninsula Finance Corporation*


/s/Brenda K. Bowers
Brenda K. Bowers   (0046799)
Jocelyn N. Prewitt-Stanley   (0076826)
Vorys, Sater, Seymour and Pease LLP
52 East Gay Street
Columbus, OH 43215
Telephone: (614) 464-6290
Facsimile: (614) 719-5001
E-mail: bkbowers@vorys.com
          jnprewittsta@vorys.com

*Attorneys for Frederick L. Ransier*


/s/ Mark S. Gutentag,
11/22/2010 per e-mail authorization
Mark S. Gutentag   (0062046)
22 East Gay Street, Suite 400
Columbus, OH 43215
Telephone: (614) 221-2700
Facsimile: (614) 221-2768
E-mail: lawmsg@gmail

*Attorney for Bradley Gerszt*

11/22/2010 9675927